**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

J.B., *et al.*,

Plaintiffs,

v.

WALTERS, *et al.*,

Defendants.

Case No.: 4:11-cv-83-RH/WCS

## STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and N.D. Local Rule 7.1, the parties in the above captioned action hereby jointly stipulate as to the following in support of their motion that this Court enter an Order of voluntary dismissal of this action with prejudice:

1. On May 27, 2011, the Florida Department of Juvenile Justice announced that the North Florida Youth Development Center (NFYDC) would close as of June 30, 2011. Counsel for Defendants Wansley Walters and Michael Cantrell has confirmed that the NFYDC closed on June 30, 2011, that there are no longer any youth residing in the NFYDC as of that date, and that the Department of Juvenile Justice has no plans to re-open the facility in the foreseeable future.

2. Plaintiffs have determined that there are no remaining issues for judicial determination or resolution in this case because of the closure of the NFYDC and the transfer of all youth from the facility.

3. Accordingly, the parties hereby agree that this case should be voluntarily dismissed with prejudice. For this reason, the parties do not believe that it is necessary for the Court to conduct the scheduled status conference on July 28, 2011.

4. Each party agrees to bear their own costs and attorneys' fees expended in this litigation.

5. For the reasons as stated herein, the parties have stated good cause for the Court to issue an Order dismissing this action with prejudice.

WHEREFORE, the parties respectfully request that the Court grant this motion and enter an Order dismissing this action with prejudice and cancelling the status conference scheduled for July 28, 2011.

Dated: July 6, 2011

Respectfully submitted,

s/ William Peter Martin
William Peter Martin
Florida Bar No.: 0840324
Dennis, Jackson, Martin & Fontela, P.A.
1591 Summit Lake Loop, Suite 200
Tallahassee, FL 32317
(850) 422-3345
(850) 422-1325 (fax)
Peter@djmf-law.com
*Attorneys for Defendants Walters and Cantrell*

s/ Cynthia S. Tunnicliff
Cynthia S. Tunnicliff
Florida Bar No.: 134939
William H. Hughes III
Florida Bar No.: 628263
Brandice D. Dickson
Florida Bar No.: 300100
Pennington, Moore, Wilkinson, Bell & Dunbar, P.A.
215 South Monroe Street, Second Floor

s/ Andrea Costello
Andrea Costello
Florida Bar No.: 532991

Christopher M. Jones
Florida Bar No.: 994642

Kristen Cooley Lentz
Florida Bar No.: 649635

Peter P. Sleasman
Florida Bar No.: 367931

Florida Institutional Legal Services, Inc.
14260 W. Newberry Road #412
Newberry, FL 32669
(352) 375-2494, ext. 1012
(352) 331-5202 (fax)
acostello@filsinc.org
cjones@filsinc.org
klentz@filsinc.org
psleasman@filsinc.org

Post Office Box 10095
Tallahassee, FL 32302-2095
(850) 222-3533
(850) 222-2126 (fax)
cynthia@penningtonlaw.com
whugh@penningtonlaw.com
brandi@penningtonlaw.com
*Attorneys for Defendant Harrison*

Amy Guinan
Florida Bar No.: 146897
Florida Legal Services, Inc.
2425 Torreya Drive
Tallahassee, FL 32303
(850) 385-7900
(850) 385-9998 (fax)
amy@floridalegal.org
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished by notice of electronic filing on this 6th day of July, 2011 to the following:

William Peter Martin
Dennis, Jackson, Martin & Fontela, P.A.
1591 Summit Lake Loop, Suite 200
Tallahassee, FL 32317
Attorneys for Defendants Walters and Cantrell

Cynthia S. Tunnicliff
William H. Hughes III
Brandice D. Dickson
Pennington, Moore, Wilkinson, Bell & Dunbar, P.A.
215 South Monroe Street, 2nd Floor
Tallahassee, FL 32302-2095
Attorneys for Defendant Harrison

s/ Andrea Costello
Andrea Costello