**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

J.B., etc.,

Plaintiff,

v. CASE NO. 4:11cv83-RH/WCS

WANSLEY WALTERS, etc.,
et al.,

Defendants.

_______________________________/

# ORDER OF DISMISSAL

The parties' stipulated motion for voluntary dismissal with prejudice, ECF No. 27, is GRANTED. The clerk must enter judgment stating, "This case is dismissed with prejudice under Federal Rule of Civil Procedure 41(a)." The clerk must close the file.

SO ORDERED on July 12, 2011.

s/Robert L. Hinkle
United States District Judge